IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                              Criminal Action No.
                                                      23-00033-02,04-CR-W-SRB

WILMER ANTONY MENDOZA PEREZ, et. al.,

        Defendants.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One (Both Defendants) – Conspiracy to Distribute Cocaine, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846;

                                  Count Two (Both Defendants) – Possession of Cocaine with Intent to Distribute, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and

                                  Count Three (Defendant Nieto-Acosta) – Possession of Firearms in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i).

**TRIAL COUNSEL**:
        Government:    Robert Smith and John Constance
          Case Agent:    DEA Task Force Officer Martin Dye
        Defendant Nieto-Acosta: Jane Francis
        Defendant Anguiana-Viera: Matthew Merryman; Nicholas Bates will assist

**OUTSTANDING MOTIONS**:

    Defendant Nieto-Acosta's Motion in Limine (Doc. 76)

    Defendant Nieto-Acosta's Motion in Limine to Exclude Late Discovery (Doc. 98), *with* Government's Suggestions in Opposition (Doc. 103)

    Defendant Anguiano-Viera's Motion in Limine (Doc. 91), *with* Government's Suggestions in Opposition (Doc. 105) *and* Defendant's Reply (Doc. 108)

**ANTICIPATED MOTIONS**:    Both defendants anticipate filing additional motions.

**TRIAL WITNESSES**:
      Government:    6-8 with or without stipulations

      Defendant Nieto-Acosta:    1 witness, including Defendant who may testify

      Defendant Anguiana-Viera:    3 witnesses, including Defendant who will likely testify

**TRIAL EXHIBITS**:
      Government: < 100 exhibits
      Defendant Nieto-Acosta: no additional exhibits
      Defendant Anguiana-Viera: 6-10 additional exhibits

**DEFENSES**:
Defendant Nieto-Acosta:
      ( x )    defense of general denial
      (   )    defenses of general denial and _____

Defendant Anguiana-Viera:
      ( x )    defense of general denial
      (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
Defendant Nieto-Acosta:
      (   ) Definitely for trial           (   ) Possibly for trial
      ( x ) Motion to continue to be filed    (   ) Likely a plea will be worked out

Defendant Anguiana-Viera:
      ( x ) Definitely for trial           (   ) Possibly for trial
      (   ) Motion to continue to be filed    (   ) Likely a plea will be worked out

**TRIAL TIME**:    **4-5 days**
    Government's case including jury selection: 2-3 days
    Defendant Nieto-Acosta: ½ day
    Defendant Anguiana-Viera: 1 day

**STIPULATIONS**:
Defendant Nieto-Acosta:
      (   )    not likely
      (   )    not appropriate
      ( x )    likely as to:
           (   )    chain of custody
           ( x )    chemist's reports
           (   )    prior felony conviction
           (   )    interstate nexus of firearm
           (   )    other: _____

Defendant Anguiana-Viera:
- ( ) not likely
- ( ) not appropriate
- ( x ) likely as to:
    - ( ) chain of custody
    - ( x ) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: December 22, 2023
Defense: December 22, 2023
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: December 22, 2023
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: December 22, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing January 8, 2024
  **Please note**: *Government counsel has another case on the January docket: USA v. Arlando T. Young, 22-00157-01-CR-W-RK.*

**OTHER**:
- ( x ) A Spanish-speaking interpreter is required. Additionally, the Government will provide an interpreter for any witness(es) requiring same.
- ( ) Other assistive devices: _____

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge