IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                               Criminal Action No.
                                                   23-00033-02-CR-W-SRB

LUIS GERARDO NEITO-ACOSTA

        Defendant.

# MEMORANDUM OF MATTERS DISCUSSED AND
# ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:     Count One – Conspiracy to Distribute Cocaine, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846;

                                Count Two – Possession of Cocaine with Intent to Distribute, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and

                                Count Three – Possession of Firearms in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i).

**TRIAL COUNSEL**:
        Government: Robert Smith and John Constance
           Case Agent: Task Force Officer Martin H. Dye, DEA
        Defendant: Jane Francis

**OUTSTANDING MOTIONS**:

        Defendant's Motion in Limine (Doc. 76)

        Defendant's Motion in Limine to Exclude Late Discovery (Doc. 98), *with*
Government's Suggestions in Opposition (Doc. 103). May have been ruled at Doc. 129.

**ANTICIPATED MOTIONS**:
        Government: None
        Defense: Motion in Limine

**TRIAL WITNESSES**:
        Government: 6-8
        Defendant: Possibly Defendant, who may testify

**TRIAL EXHIBITS**:

Government: 69-70
Defendant: None

**DEFENSES**:
Defendant will rely on the
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
Defendant:
    ( x ) Definitely for trial    (  ) Possibly for trial
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: 3 days
    Government's case including jury selection: 2.5 days
    Defendant's case: .5 days

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    likely as to:
        (  )    chain of custody
        ( x )    chemist's reports
        (  )    prior felony conviction
        (  )    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: April 15, 2024
    Defense: April 15, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: April 15, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: April 15, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing April 29, 2024
    **Please note**: Neither the Government nor Defense have any conflicts with the current trial setting.

**OTHER**:
      ( x )    A Spanish-speaking interpreter is required.
      (   )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                           */s/ Jill A. Morris*
                                           JILL A. MORRIS
                                           United States Magistrate Judge